# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CASE NO. 6:18-CV-00174 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| USA | MAGISTRATE JUDGE HANNA |

## JUDGMENT

**THIS MATTER** came before the Court on February 14, 2019 for oral argument on the State's Objection to the Magistrate Judge's November 20, 2018 Report and Recommendation on Motion to Dismiss, Rec. Doc. [28].

After considering the objections, hearing the arguments of counsel, and having conducted an independent review of the record, and for reasons orally assigned, the Court adopts the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Rec. Doc. [27], having determined that the findings and recommendations are correct under the applicable law. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the United States of America's motion to dismiss for lack of subject matter jurisdiction, Rec. Doc. [19],

is hereby **GRANTED** and the State of Louisiana's claims are hereby **DISMISSED WITHOUT PREJUDICE**, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of February, 2019.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE