UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | Civil Action No 6:18-cv-174 |
| | * | |
| **VS.** | * | Judge Juneau |
| | * | |
| **THE UNITED STATES OF AMERICA** | * | Magistrate Judge Hanna |
| ************************************ | | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the State of Louisiana, plaintiff in the above-styled and numbered cause, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment entered in this action on February 15, 2019 (filed at Record Document 33), granting the defendant's Motion to Dismiss plaintiff's claims without prejudice.

Respectfully submitted:

JEFF LANDRY
ATTORNEY GENERAL

**Certificate of Service**
I hereby certify that the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system on this 15th day of March 2019.

/s/ Robert E. Couhig, Jr.
ROBERT E. COUHIG, JR.

  /s/ Robert E. Couhig Jr.
Robert E. Couhig Jr. (#4439)
Ralph H. Wall (#22667)
Jason A. Cavignac (#27990)
Couhig Partners, L.L.C.
Special Assistant Attorneys General
3250 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 588-1288
(504) 588-9750 *facsimile*

Attorneys for STATE OF LOUISIANA